

# NUMBER 13-19-00516-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

## EX PARTE M.A.S.

---

**On appeal from the 428th District Court
of Hays County, Texas.**

---

# ORDER ABATING APPEAL

**Before Justices Benavides, Longoria, and Tijerina
Order Per Curiam**

This cause is before the Court on appellee M.A.S.'s request to expunge his criminal records. On appeal, appellant the Department of Public Safety (the Department) argues that M.A.S. is not entitled to an expunction because he served a term of community supervision which was later subject to an order of nondisclosure.

We acknowledge that the Texas Supreme Court granted a petition for review in a similar case, *Ex Parte Petitto*, Cause Number 19-1051, 606 S.W.3d 755 (Tex. App.—San Antonio 2019, pet. granted). *Ex Parte Petitto*, as relied upon by the Department, involves

similar circumstances as the cause before this Court, and is highly relevant to the appeal before this Court.

On its own motion, the Court, having reexamined and reconsidered the document on file, finds that this appeal should be abated in the interest of judicial economy until such time as the Texas Supreme Court may decide on the issues presented in *Ex Parte Petitto*. Accordingly, we hereby ABATE the appeal until further order of this Court.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
7th the day of January 2021.